1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10
11

| | |
|---|---|
| ALISO VIEJO PETROLEUM, INC., a California corporation,<br><br>       Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>       Defendants. | Case No. 12-SACV-01796-PA-VBK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  October 16, 2012<br><br>District Judge:   Hon. Percy Anderson<br>Dept:             15<br><br>Magistrate:      Hon. Victor B. Kenton<br>Dept:             590<br>Trial Date:       Not Set |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1    Having considered the Stipulation to Dismiss Entire Action With Prejudice by

2 and between the parties, the Court hereby orders this action to be dismissed with

3 prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party

4 shall bear their own attorneys' fees and costs.

5

6    IT IS SO ORDERED.

7

8

9 Dated: August 7, 2013       _____

                                Hon. Percy Anderson
10                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2     Case No.  12-SACV-01796-PA-VBK
[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE